IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

SHELTON MYERS                                                                PLAINTIFF

VS.                                                    CIVIL ACTION NO. 2:09cv236-KS-MTP

SHERIFF DANNY RIGEL and
CAPTAIN MIKE HARLIN                                                       DEFENDANTS

## ORDER DIRECTING RESPONSE TO MOTION

Presently pending before the court is a Motion [4] for Preliminary Injunction filed by Plaintiff on November 18, 2009. Defendants, who have just appeared in this action, have not yet responded to the motion, and the court finds that a response from Defendants is necessary for disposition of the motion. Accordingly,

IT IS ORDERED THAT Defendants shall file a response to Plaintiff's Motion [4] for Preliminary Injunction by April 9, 2010.[1]

SO ORDERED this the 25th day of March, 2010.

                                                        s/ Michael T. Parker
                                                        United States Magistrate Judge

---

[1] By separate order, the court shall set this matter for omnibus hearing and a hearing on the Motion.